# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PATRICIA BRADLEY-BELL,

    Plaintiff,

v.                                          Case No. 8:18-cv-863-T-AAS

ANDREW SAUL,
Commissioner,
Social Security Administration,[1]

    Defendant.
_____/

## ORDER

Patricia Bradley-Bell moves for an award of attorney's fees, which the Commissioner does not oppose. (Docs. 24-27). Ms. Bradley-Bell requests $6,544.08 in attorney's fees, under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. The EAJA permits awards for reasonable attorney's fees and expenses to a prevailing party against the United States. 28 U.S.C. § 2412.

The June 13, 2019 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 22). The Clerk entered judgment in Ms. Bradley-Bell's favor. (Doc. 23). Ms. Bradley-Bell now requests an award of attorney's fees under the EAJA. (Doc. 24).

---

[1] On June 17, 2019, Andrew Saul became Commissioner of the Social Security Administration. Consistent with Federal Rule of Civil Procedure 25(d), Mr. Saul is substituted as a party in Nancy Berryhill's place.

1

The Commissioner does not contest the following: Ms. Bradley-Bell is the prevailing party; Ms. Bradley-Bell's net worth was less than $2 million when she filed her complaint; the Commissioner's position was not substantially justified; no special circumstances make an attorney's fees award unjust; and Ms. Bradley-Bell's attorney's fees request is reasonable. A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-cv-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Therefore, Ms. Bradley-Bell is entitled to $3,905.20 in attorney's fees.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following this order, the United States Department of the Treasury will determine whether Ms. Bradley-Bell owes a debt to the United States. Ms. Bradley-Bell assigned her rights to EAJA fees to her attorney. So, if Ms. Bradley-Bell has no federal debt, the United States will accept her assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, Ms. Bradley-Bell's motion for attorney's fees under the EAJA (Doc. 24) is **GRANTED**. Ms. Bradley-Bell is awarded **$6,544.08** in attorney's fees.

**ORDERED** in Tampa, Florida on August 15, 2019.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge